# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

TOWNSHIP OF MAHONING,  : No. 103 WM 2016
LAWRENCE COUNTY, PENNSYLVANIA; :
AND LAWRENCE COUNTY, :
PENNSYLVANIA, :
                         :
            Petitioners :
                         :
                         :
            v. :
                         :
                         :
THE PENNSYLVANIA GAMING : 
CONTROL BOARD, :
                         :
            Respondent

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 28th day of December, 2016, the Application for Relief in the Nature of a Motion to Quash is **GRANTED**.